OPINION — AG — **** MILITARY DEPARTMENT — HEALTH INSURANCE — PARTICIPATION **** NEITHER THE GOVERNOR NOR THE ADJUTANT GENERAL CAN AUTHORIZE THE MILITARY DEPARTMENT TO PARTICIPATE IN ANY HEALTH INSURANCE AND/OR BENEFITS COVERAGE PLAN OTHER THAN AS PROVIDED IN THE STATE EMPLOYEES GROUP HEALTH ACT. CITE: 74 O.S. 1967 Supp., 1301-1314 [74-1301] — [74-1314], W. HOWARD O'BRYAN, JR.